IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 02 2023**

**JEFFREY P. COLWELL**
**CLERK**

Civil Action No.     _23-CV-00897-KLM_

(To be supplied by the court)

JARRETT C. STONER , Plaintiff

v.

GOVERNOR JARED POLIS ,

DENVER SHERIFFS DEPARTMENT (CITY JAIL) ,

DEPUTY CRUZ (DENVER CITY JAIL) .

**Jury Trial requested:**
(please check one)
X Yes ____ No

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

JARRETT STONER #769722 P.O Box 4918 CENTENNIAL, COLO, 80155

(Name, prisoner identification number, and complete mailing address)

" STONER"

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

X    Pretrial detainee
___    Civilly committed detainee
___    Immigration detainee
___    Convicted and sentenced state prisoner
___    Convicted and sentenced federal prisoner
___    Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    GOV. JARED POLIS (COLORADO)
(Name, job title, and complete mailing address)

200 E. COLFAX AVENUE, DENVER, CO. 80203

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  X Yes ___ No (*check one*).  Briefly explain:

COLORADO'S ACTING STATE GOVERNOR

Defendant 1 is being sued in his/her ___ individual and/or X official capacity.

2

Defendant 2:    DENVER SHERIFFS DEPARTMENT (CITY JAIL)
(Name, job title, and complete mailing address)

490 W. COLFAX AVE, DENVER, Colo. 80204

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

ITS AUTHORITY IS UNDER "LAW" OR

COLOR OF LAW, PART OF JUDICIAL SYSTEM.

Defendant 2 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 3:    DEPUTY CRUZ - WORKING IN DENVER CITY JAIL
(Name, job title, and complete mailing address)

490 W. COLFAX AVE, DENVER, Colo. 80204

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

HE IS ACTING DIRECTLY FOR THE

DENVER CITY JAIL.

Defendant 3 is being sued in his/her _X_ individual and/or _X_ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_    State/Local Official (42 U.S.C. § 1983)

___    Federal Official
As to the federal official, are you seeking:
___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___    Other: (*please identify*) _____

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>RIGHT TO A SAFE ENVIRONMENT</u>

Claim one is asserted against these Defendant(s): ① JARED POLIS ( ACTING GOVERNOR )
② DENVER SHERIFFS DEPARTMENT (CITY JAIL)     ③ DEPUTY CRUZ EMPLOYEE AT CITY JAIL, DENVER

Supporting facts:

ON 1-7-2023 AT APPROXIMATRY 5:00AM IN POD 2·F IN MY CELL #211 OF DENVER CITY JAIL, THE DEPUTY ON DUTY "MR. CRUZ", UNLOCKED MY SECURE CELL AND ALLOWED BETWEEN 8-12 INMATES IN. UPON ENTERING THESE INDIVIDUALS STARTED BEATING ON MY CELL-MATE. THEY THEN STARTED ENGAGING ME WHILE I WAS ON THE TOP BUNK. I WAS PULLED OFF OF THE TOP BUNK AND ONTO MY LEFT SIDE, ON THE GROUND. THEN I WAS REPEATEDLY HIT, KICKED AND STOMPED. DURRING THIS INTERACTION I SUSTAINED INJURIES TO MY RIGHT RIB'S 2 OF WHICH WERE BROKEN. TORN MUSCLE ON LEFT SIDE. CRUSHED NOSE & AN INJURY TO MY RIGHT GROIN AREA. I WAS DEPRIVED OF MY RIGHT TO BE HELD IN A SAFE ENVIRONMENT WHEN DEPUTY CRUZ (ACTING UNDER THE COLOR OF STATE LAW), UNLOCKED MY DOOR AND ALLOWED THOSE INMATES TO ENTER MY CELL. IT IS APPARENT THAT DEPUTY CRUZ WAS EXTREMLY NEGLIGENT IN HIS DUTIES & ACTIONS AND THIS POINTS TO THE FACT HE VERY LIKELY CONSPIRED TO COMMITT ROBBERY AND ASSAULT ON THIS PLAINTIFF BECAUSE ALL OF MY BELONGINGS (CANTEEN, HYGIENE, SHIRTS· & LETTERS ETC STOLEN)

4     SEE ATTACHED FOR ADDITIONAL CLAIMS.

CIVIL ACTION #23-CV-00897-KLM

## D. STATEMENT OF CLAIMS

CLAIM #2 RIGHT TO DUE PROCESS

ASSERTED AGAINST DEFENDANT:

DENVER SHERIFFS DEPARTMENT (CITY JAIL)

### FACTS

AFTER THE INCIDENT ON 1-7-23 AT THE DENVER CITY JAIL, IN WHICH I WAS JUMPED AND BEATEN AND ALL OF MY BELONGINGS WERE STOLEN, I ATTEMPTED TO UTILIZE THE FACILITIES GRIEVANCE PROCEDURE PROCESS. SO ON 1-8-2023 I PUT IN 2 SEPERATE GRIEVANCES TO SEEK RELIEF, FOR WHAT HAD BEEN DONE TO ME. I ENDED UP LEAVING BUT NOT BEFORE I SHOULD HAVE HEARD BACK ON MY STEP 1. AT MY NEW DETENTION FACILITY I ASKED DEPUTYS HOW TO UTILIZE THE GRIEVANCE PROCEDURE IN ANOTHER COUNTY AND THEY SAID IT WAS NOT POSSIBLE. I WAS IN DENVER CITY FOR A FULL 30 DAYS FROM THE DATE IN WHICH I SUBMITTED AND NEVER HEARD ANYTHING BACK. THIS IS A VIOLATION OF MY CONSTITUTIONAL RIGHTS AS WELL AS A HINDERANCE TO MY SUBMITTING MY 1983. THERE SHOULD BE A BETTER SYSTEM IN PLACE FOR INMATES TO UTILIZE THE GRIEVANCE PROCESS AFTER LEAVING FACILITIES IN WHICH THE ISSUES DEVELOPED.

CIVIL ACTION # 23-CV-00897-KLM

# D. STATEMENT OF CLAIMS

CLAIM # 3 RIGHT TO SECURITY

ASSERTED AGAINST DEFENDENTS: DEPUTY CRUZ   DENVER CITY JAIL   GOVERNOR JARED POLIS

## FACTS

ON 1-7-2023 AT APROXIMATLY 5:00PM A DEPUTY OF THE DENVER SHERIFF'S DEPARTMENT (CITY JAIL), DEPUTY CRUZ, CONSPIRED WITH MANY INMATES TO ASSAULT AND STEAL MY PROPERTY. AT DINNER TIME DEPUTY CRUZ UNLOCKED OUR CELL TO GIVE US OUR TRAYS AND UPON OPENING OUR DOOR STEPPED BACK TO ALLOW 8-12 INMATES INTO MY CELL. THEY CAME IN AND STARTED BEATING ME AND MY CELLMATE. AFTER RESPONDERS CAME AND STOPPED THE FIGHTING, OUR CELL DOOR WAS LEFT OPEN AND ANOTHER INMATE WENT INTO OUR CELL AND DEPRIVED US OF ALL OUR PROPERTY, LETTERS PHOTOS, CANTEEN + HYGIENE. EVERYTHING. THIS ALL HAPPENED IN UNIT 2-F CELL 211 OF THE DENVER CITY JAIL. WHILE BEING DETAINED AT THE DENVER CITY JAIL, I HAVE THE RIGHT TO SAFETY + SECURITY. THIS WHOLE INCIDENT COULD HAVE BEEN OUTRIGHT AVOIDED HAD DEPUTY CRUZ NEVER CONSPIRED WITH THE INMATES TO ASSAULT ME + STEAL MY BELONGINGS AND THEN ABUSE HIS POWERS AND RESPONSIBILITIES BY LETTING THEM IN. AT THE ABSOLUTE LEAST THIS DEPUTY CRUZ WAS EXTREMELY NEGLIGENT IN HIS PROFESSIONAL DUTIES! (ACTING UNDER COLOR OF LAW)

CIVIL ACTION # 23-CV-00897-KLM

D. STATEMENT OF CLAIMS

CLAIM #4 RIGHT TO MEDICAL CARE

ASSERTED AGAINST DEFENDENTS:
DENVER SHERIFFS DEPARTMENT
CITY JAIL

FACTS

AFTER THE ENCIDENT ON 1-7-23, I KNEW I HAD SERIOUS PHYSICAL INJURY TO MY BODY, AND YET MEDICAL STILL CLEARED ME TO GO BACK TO G.A. GENERAL POPULATION. I WAITED FOR THE SERGEANT AND TOLD HEM I WAS NOT GOING ANYWHERE UNTIL I GOT SOME MEDICAL ATTENTION. FINALLY MEDICAL AGREED TO SEND ME TO THE HOSPITAL AND THAT IS WHERE IT WAS DISCOVERED I HAD 2 BROKEN RIBS ON RIGHT SIDE. A CRUSHED NOSE. MY LEFT SIDE RIB CAGE WAS TORN MUSCLE. AND THAT I HAD AN UNSPECIFIED INJURY TO MY GROIN ON THE RIGHT SIDE. THIS FACILITY DISPLAYED A NEGLIGENT FAILURE TO PROVIDE ADEQUATE MEDICAL CARE BY TRANSPORTING ME TO THE HOSPITAL IN THE BACK OF A VAN WHERE IT POSSIBLY MADE MY INJURIES WORSE. BY FAILING TO SEE THAT I NEEDED MEDICAL CARE AT ALL, AS WELL AS BY NOT FOLLOWING THE DOCTORS ORDERS FROM THE HOSPITAL. I WAS PRESCRIBED OXYCODONE BUT WAS GIVEN HYDROCODONE AND ONLY FOR 2 DAYS AFTER THE INCIDENT. I WAS NEVER SEEN FOR THE INJURIES TO MY GROIN OR THE LEFT SIDE OF MY RIB CAGE + THESE INJURIES HAVE YET TO BE TREATED.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):

Docket number and court:

Claims raised:

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)

Reasons for dismissal, if dismissed:

Result on appeal, if appealed:



## F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

*# Could not use the grievance process due to moving counties*

Did you exhaust administrative remedies?

___ Yes _X_ No (*check one*)

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

FOR THE CRIMES COMMITTED AGAINST ME AND THE RIGHTS OF MINE THAT WERE DEPRIVED TOWARDS ME, I AM ASKING THAT I BE RELEASED FROM CUSTODY TO BE PUT BACK ON TO PAROLE IMMEDIATLY AND COMPENSATED MONETARILY IN THE AMMOUNT OF $1,500,000.00 DOLLARS U.S. ONE MILLION, FIVE HUNDRED THOUSAND DOLLARS U.S. FOR PAIN + SUFFERING AND THE DEPRIVATION OF MY RIGHTS AFFORDED ME.

THANK YOU!
SINCERELY
J. STONER

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

JARRETT STONER
Jarrett Sto
(Plaintiff's signature)

5-25-2023
(Date)

(Revised November 2022)

6

JARRETT STONER # 769722
A.C.S.O
P.O. Box 4918
CENTENNIAL, CO.
  80155-4918



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ. COURTHOUSE
901-19TH ST., ROOM A-105
DENVER, Co. 80294-3589

8029432501 C044